| | |
|---|---|
| 1 | JOHN R. SHUMAN, JR., Bar No. CA-100236 |
|   | bob.shuman@dlapiper.com |
| 2 | DLA PIPER LLP (US) |
|   | 2000 University Avenue |
| 3 | East Palo Alto, CA  94303-2214 |
|   | Tel:  650.833.2000 |
| 4 | Fax:  650.833.2001 |
| 5 | DEBORAH E. McCRIMMON, Bar No. CA-229769 |
|   | deborah.mccrimmon@dlapiper.com |
| 6 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 7 | San Francisco, CA  94105-2933 |
|   | Tel:  (415) 836-2500 |
| 8 | Fax:  (415) 836-2501 |
| 9 | Attorneys for Defendants |
|   | DELOITTE CONSULTING LLP; DELOITTE |
| 10 | CONSULTING PRODUCTS SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TIMOTHY McSHANE, | CASE NO.  CV 10-1082 EMC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT ; ORDER |
| v. | |
| DELOITTE CONSULTING LLP; DELOITTE CONSULTING PRODUCTS SERVICES LLC, | |
| Defendants. | |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiff, on the one hand, and Defendants DELOITTE CONSULTING LLP and DELOITTE CONSULTING PRODUCTS SERVICES LLC (collectively "Defendants"), on the other hand, by and through their respective attorneys, as follows:

WHEREAS Plaintiff filed the Complaint in this Action on March 12, 2010; and

WHEREAS Defendants' response to Plaintiff's Complaint is to be filed on or before April 13, 2010; and

1   WHEREAS Defendants desire an extension of time to evaluate Plaintiff's allegations and
2   to make an appropriate response;
3   IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through their
4   respective attorneys, that Defendants' time in which to file a response to Plaintiff's Complaint is
5   extended to and including May 13, 2010.

7   Dated: April 7, 2010

DLA PIPER LLP (US)

By _____
JOHN R. SHUMAN, JR.
Attorneys for Defendants
DELOITTE CONSULTING LLP;
DELOITTE CONSULTING PRODUCTS
SERVICES LLC

14  Dated: April 7, 2010

LAW OFFICES OF ALAN ADELMAN

By Alan Adelman
ALAN ADELMAN
Attorney for Plaintiff
TIMOTHY McSHANE

18  IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA