|   |   |
|---|---|
| 1 | ALAN ADELMAN, ESQ.  BAR NO: 170860 |
|   | LAW OFFICES OF ALAN ADELMAN |
| 2 | 240 Stockton Street, 9th Floor |
|   | Union Square |
| 3 | San Francisco, California  94108 |
|   | Telephone:  (415) 956-1360 |
| 4 | Facsimile:  (415) 625-1339 |
| 5 | Attorney for Plaintiff |
|   | TIMOTHY McSHANE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY McSHANE, | ) CASE NUMBER: CV 10-1082-EMC |
|---|---|
| Plaintiff, | ) STIPULATION OF PARTIES FOR |
|   | ) DISMISSAL WITH PREJUDICE |
| vs. | ) [F.R.C.P. 41(a)(1)] |
| DELOITTE CONSULTING LLP; DELOITTE CONSULTING PRODUCTS SERVICES LLC, | ) |
| Defendants. | ) |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this action is hereby dismissed with prejudice as to all Defendants.

IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each party bear their own attorneys' fees and litigation costs.

Dated: May 7, 2010                              LAW OFFICES OF ALAN ADELMAN

                                                By: *Alan Adelman*
                                                    ALAN ADELMAN
                                                    Attorney for Plaintiff

STIPULATION OF PARTIES FOR DISMISSAL WITH PREJUDICE
CASE NUMBER: CV 10-1082-EMC

1
2
3  Dated: May 10, 2010                          DLA PIPER LLP (US)
4                                          By: _____
5                                              JOHN R. SHUMAN, JR.
                                               Attorneys for Defendants
6  IT IS SO ORDERED:
7
8  _____
9  Edward M. Chen

**IT IS SO ORDERED**
Judge Edward M. Chen
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION OF PARTIES FOR DISMISSAL WITH PREJUDICE
CASE NUMBER: CV 10-1082-EMC

2